

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00169-CV

IN RE FREDDIE & GLODEAN
GARDNER

RELATORS

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered the "Emergency Relator's Indigent Pauper's Motion To Set Aside And Stay Writ Of Possession Issued Against Relator, By County Court At Law No.2, While Perfected, Appeal No: 02-00078-CV, Is Presently In Progress In The Court Of Appeals, Second District Of Texas," which we construe as a petition for writ of mandamus and a motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL: WALKER, MCCOY, and GABRIEL, JJ.

DELIVERED: April 30, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).